AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN DOE, a minor child by and through MOTHER DOE, as his parent and natural guardian,

Plaintiff,

v.

LIBERTY COUNTY SCHOOL DISTRICT; and CARRIE WINGATE,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:20-cv-53

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 23, 2022, Defendants Liberty County School District and Carrie Wingate's Motion for Summary Judgment is granted.  Accordingly, all claims against Defendants in the Complaint are dismissed.  This case stands closed.

Approved by: _____

March 25, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020